# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| In re: TURPIN, DANNY E | § | Case No. 10-23133 |
| MUNOZ, AURORA | § | |
| | § | |
| Debtor(s) MUNOZ-TURPIN, AURORA | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kenneth A. Manning, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $113,837.00 *(without deducting any secured claims)* | Assets Exempt: $8,837.00 |
| Total Distribution to Claimants: $1,785.47 | Claims Discharged Without Payment: $82,315.53 |
| Total Expenses of Administration: $1,524.12 | |

3) Total gross receipts of $    3,309.59    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $3,309.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $113,469.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,524.12 | 1,524.12 | 1,524.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 222.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,081.00 | 42,572.00 | 42,572.00 | 1,785.47 |
| **TOTAL DISBURSEMENTS** | $162,772.00 | $44,096.12 | $44,096.12 | $3,309.59 |

4)  This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/13/2012_____    By: _/s/Kenneth A. Manning_____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 pro-rated tax refund | 1224-000 | 3,309.37 |
| Interest Income | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | $3,309.59 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Lake County Recorder | 4110-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Finance | 4110-000 | 9,877.00 | N/A | N/A | 0.00 |
| NOTFILED | Feiwell & Hannoy, PC Alan McCowan | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America F/K/A Countrywide Home Servicing | 4110-000 | 103,490.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $113,469.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth A. Manning | 2100-000 | N/A | 827.40 | 827.40 | 827.40 |
| Kenneth A. Manning | 2200-000 | N/A | 67.19 | 67.19 | 67.19 |
| Manning & Gonzalez, P.C. | 3110-000 | N/A | 325.00 | 325.00 | 325.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.53 | 4.53 | 4.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,524.12 | $1,524.12 | $1,524.12 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department Of Emp Security Benefit Repayments | 5200-000 | 112.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department Of Revenue Bankruptcy Section | 5200-000 | 110.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $222.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 738.00 | 896.17 | 896.17 | 37.59 |
| 2 | American InfoSource LP as agent for WFNNB | 7100-000 | 370.00 | 379.33 | 379.33 | 15.91 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 585.60 | 585.60 | 24.56 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 743.48 | 743.48 | 31.18 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 16,530.62 | 16,530.62 | 693.29 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 15,544.98 | 15,544.98 | 651.95 |
| 7 | Patients 1st ER Medical Consultants PC | 7100-000 | 547.00 | 330.00 | 330.00 | 13.84 |
| 8 | Community Healthcare Systems | 7100-000 | 970.00 | 1,954.77 | 1,954.77 | 81.98 |
| 9 | Womens Wellness Health Network | 7100-000 | 489.00 | 489.64 | 489.64 | 20.54 |
| 10 | HSBC Bank Nevada NA | 7100-000 | 251.00 | 354.71 | 354.71 | 14.88 |
| 11 | Capital Recovery IV LLC | 7100-000 | 112.00 | 138.60 | 138.60 | 5.81 |
| 12 | GE Money Bank | 7100-000 | 2,618.00 | 2,894.09 | 2,894.09 | 121.38 |
| 13 | FIA Card Services, NA/Bank of America | 7100-000 | 1,679.00 | 1,730.01 | 1,730.01 | 72.56 |
| NOTFILED | Mercantile Adjustment Bureau, Llc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National Asset Recover Services, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Encore Receivable Management, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Services, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Chiropractic Clinic C/O CSI, Inc | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| NOTFILED | Dynasty Banquets | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Community Healthcare System | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Emergency Medical Services, PC | 7100-000 | 273.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | St Catherine Hospital | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Sears KMart Card | 7100-000 | 246.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Genpact Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Munster Radiology Group | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Limited | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Trustmark Recovery Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint C/O ER Solutions | 7100-000 | 644.00 | N/A | N/A | 0.00 |
| NOTFILED | Circuit City Chase | 7100-000 | 686.00 | N/A | N/A | 0.00 |
| NOTFILED | Nwi Pathology Consultants | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard P Komyatte & Assoc Assignee For Pathology | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 1,167.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 298.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 15,209.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| NOTFILED | California Student Aid Bank Of New York Trust Co, NA | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Allegro Law, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department Of Emp Security Benefit Repayments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Affirmative Insurance | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department Of Revenue Bankruptcy Section | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 16,530.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,081.00 | $42,572.00 | $42,572.00 | $1,785.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 10-23133 | **Trustee:** | (340400) | Kenneth A. Manning |
| **Case Name:** | TURPIN, DANNY E | **Filed (f) or Converted to (c):** | 07/02/10 (f) | |
| | MUNOZ, AURORA | **§341(a) Meeting Date:** | 08/10/10 | |
| **Period Ending:** | 12/13/12 | **Claims Bar Date:** | 05/12/11 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2010 pro-rated tax refund  (u) | 0.00 | 3,309.37 | | 3,309.37 | FA |
| 2 | Residence | 98,000.00 | 98,000.00 | OA | 0.00 | FA |
| 3 | Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods | 575.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401(K) | 6,732.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1/2 interest Chevy Monte Carlo | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1989 Camero | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Chevy Lumina | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Chevy Malibu | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.22 | FA |
| **13** | **Assets   Totals** (Excluding unknown values) | **$113,837.00** | **$108,309.37** | | **$3,309.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

Will review file and file claims and fees.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2012        **Current Projected Date Of Final Report (TFR):**    August 17, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-23133 |
| Case Name: | TURPIN, DANNY E |
| | MUNOZ, AURORA |
| Taxpayer ID #: | **-***8724 |
| Period Ending: | 12/13/12 |

| | |
|---|---|
| Trustee: | Kenneth A. Manning (340400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******39-65 - Checking Account |
| Blanket Bond: | $89,930,479.18  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/11 | {1} | Danny Turpin & Aurora Munoz | 2010 pro-rated tax refunds | 1224-000 | 3,309.37 | | 3,309.37 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,309.39 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,309.41 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,309.43 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,309.45 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,309.47 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.53 | 3,304.94 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,304.96 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,279.96 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,279.98 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,254.98 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,255.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,230.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,230.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,205.02 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,205.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,180.04 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,180.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,155.06 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,130.06 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,105.06 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,080.06 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,055.06 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,030.06 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,005.06 |
| 09/07/12 | 1001 | Manning & Gonzalez, P.C. | Dividend paid 100.00% on $325.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 325.00 | 2,680.06 |
| 09/07/12 | 1002 | American InfoSource LP as agent for | Dividend paid  4.19% on $896.17; Claim# 1; Filed: $896.17; Reference: | 7100-000 | | 37.59 | 2,642.47 |
| 09/07/12 | 1003 | American InfoSource LP as agent for WFNNB | Dividend paid  4.19% on $379.33; Claim# 2; Filed: $379.33; Reference: | 7100-000 | | 15.91 | 2,626.56 |
| 09/07/12 | 1004 | Chase Bank USA, N.A. | Dividend paid  4.19% on $585.60; Claim# 3; Filed: $585.60; Reference: | 7100-000 | | 24.56 | 2,602.00 |
| 09/07/12 | 1005 | Chase Bank USA, N.A. | Dividend paid  4.19% on $743.48; Claim# 4; Filed: $743.48; Reference: | 7100-000 | | 31.18 | 2,570.82 |
| 09/07/12 | 1006 | Chase Bank USA, N.A. | Dividend paid  4.19% on $16,530.62; Claim# 5; Filed: $16,530.62; Reference: | 7100-000 | | 693.29 | 1,877.53 |

| | | |
|---|---|---|
| Subtotals : | $3,309.59 | $1,432.06 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-23133 |
| Case Name: | TURPIN, DANNY E |
| | MUNOZ, AURORA |
| Taxpayer ID #: | **-***8724 |
| Period Ending: | 12/13/12 |

| | |
|---|---|
| Trustee: | Kenneth A. Manning (340400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******39-65 - Checking Account |
| Blanket Bond: | $89,930,479.18  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/12 | 1007 | Chase Bank USA, N.A. | Dividend paid  4.19% on $15,544.98; Claim# 6; Filed: $15,544.98; Reference: | 7100-000 | | 651.95 | 1,225.58 |
| 09/07/12 | 1008 | Patients 1st ER Medical Consultants PC | Dividend paid  4.19% on $330.00; Claim# 7; Filed: $330.00; Reference: | 7100-000 | | 13.84 | 1,211.74 |
| 09/07/12 | 1009 | Community Healthcare Systems | Dividend paid  4.19% on $1,954.77; Claim# 8; Filed: $1,954.77; Reference: | 7100-000 | | 81.98 | 1,129.76 |
| 09/07/12 | 1010 | Womens Wellness Health Network | Dividend paid  4.19% on $489.64; Claim# 9; Filed: $489.64; Reference: | 7100-000 | | 20.54 | 1,109.22 |
| 09/07/12 | 1011 | HSBC Bank Nevada NA | Dividend paid  4.19% on $354.71; Claim# 10; Filed: $354.71; Reference: | 7100-000 | | 14.88 | 1,094.34 |
| 09/07/12 | 1012 | Capital Recovery IV LLC | Dividend paid  4.19% on $138.60; Claim# 11; Filed: $138.60; Reference: | 7100-000 | | 5.81 | 1,088.53 |
| 09/07/12 | 1013 | GE Money Bank | Dividend paid  4.19% on $2,894.09; Claim# 12; Filed: $2,894.09; Reference: | 7100-000 | | 121.38 | 967.15 |
| 09/07/12 | 1014 | FIA Card Services, NA/Bank of America | Dividend paid  4.19% on $1,730.01; Claim# 13; Filed: $1,730.01; Reference: | 7100-000 | | 72.56 | 894.59 |
| 09/07/12 | 1015 | Kenneth A. Manning | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 894.59 | 0.00 |
| | | | Dividend paid 100.00%            827.40 on $827.40;  Claim# ; Filed: $827.40 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%            67.19 on $67.19;  Claim# ; Filed: $67.19 | 2200-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 3,309.59 | 3,309.59 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 3,309.59 | 3,309.59 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $3,309.59 | $3,309.59 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-23133 | |
| **Case Name:** | TURPIN, DANNY E | |
| | MUNOZ, AURORA | |
| **Taxpayer ID #:** | **-***8724 | |
| **Period Ending:** | 12/13/12 | |

| | |
|---|---|
| **Trustee:** | Kenneth A. Manning (340400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******39-65 - Checking Account |
| **Blanket Bond:** | $89,930,479.18  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******39-65** | 3,309.59 | 3,309.59 | 0.00 |
| | $3,309.59 | $3,309.59 | $0.00 |